UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WON-YOUNG CHOI,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C11-5914-MAT<br><br>ORDER TO SHOW CAUSE FOR<br>FAILURE TO FILE AN OPENING<br>BRIEF |

The Court issued an Order on January 24, 2012, advising the parties of the briefing schedule. (Dkt. 13) That Order directed plaintiff to file an Opening Brief no later than February 22, 2012. To date, plaintiff has filed neither an Opening Brief nor a motion to extend the filing deadline. It is therefore ORDERED that plaintiff SHOW CAUSE within **fourteen (14) days** of the date of this Order why the Court should not enter judgment dismissing this case.

DATED this 28th day of February, 2012.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE FOR FAILURE
TO FILE AN OPENING BRIEF
PAGE -1