01
02
03
04
05

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WON-YOUNG CHOI, | ) | |
| | ) | CASE NO. C11-5914-MAT |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER SETTING REMAINING |
| | ) | BRIEFING SCHEDULE |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court issued an Order to Show Cause to plaintiff following his failure to file an Opening Brief by the deadline set by the Court. (Dkt. 16)  Plaintiff has now filed his Opening Brief (Dkt. 17).  The Court therefore strikes its Order to Show Cause, and reschedules the remaining briefing as follows:

Defendant's Responsive Brief:     April 11, 2012

Plaintiff's optional Reply Brief:     April 25, 2012

Plaintiff should take note that, should he fail to timely file an optional Reply Brief, the Court will not issue an Order to Show Cause and will simply issue a decision based on the briefing and records received to date.

ORDER SETTING REMAINING BRIEFING SCHEDULE
PAGE -1

01      DATED this 14th day of April, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

ORDER SETTING REMAINING BRIEFING SCHEDULE
PAGE -2