UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| WON-YOUNG CHOI, | Civil No. C11-5914-MAT |
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including May 11, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including May 25, 2012, to file a reply brief.

**This is the first unopposed extension requested by defendant. However, there has already been an extension granted due to plaintiff's failure to file an Opening Brief by the deadline originally set. Consequently, the Court will not grant any additional extensions in this**

Page 1     ORDER - [C11-5914-MAT]

**matter, absent extraordinary circumstances.**

DATED this 12th day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Kathryn A. Miller
KATHRYN A. MILLER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2240
Fax:  (206) 615-2531
kathryn.a.miller@ssa.gov